THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD L. HOLSTEN, Appellant, *v.* ARTHUR WOODS, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Holsten* v. *Woods,* 167 App. Div. 899, appeal dismissed.

(Submitted November 15, 1915; decided November 23, 1915.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 10, 1915, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the reinstatement of the relator to the position of patrolman in the police department of the city of New York.

*Lamar Hardy, Corporation Counsel (J. H. Greener of counsel), for motion.*

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.